## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                    No. 4:12CR00263-01 JLH

RAMI HASAN                                                   DEFENDANT

### ORDER

Pending before the Court is defendant Rami Hasan's motion to continue the sentencing hearing currently set for Tuesday, January 28, 2014. The motion is GRANTED. Document #66. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 23rd day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE